IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES FRASER, | No. 4:22-CV-00726 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| THE PENNSYLVANIA STATE UNIVERSITY, a Pennsylvania education institution; DR. ROBERT PAULSON, an individual, in his official and individual capacities; DR. MELISSA ROLLS, an individual, in her official and individual capacities; DR. ANDREW READ, an individual, in his official and individual capacities; and KEYSTONE NANO, INC., a Pennsylvania business corporation, | |
| Defendants. | |

## ORDER

### FEBRUARY 7, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The Motion to Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) filed by Defendants The Pennsylvania State University, Dr. Robert Paulson, Dr. Melissa Rolls, and Dr. Andrew Read (Doc. 12) is **GRANTED**.

2. The Motion Dismiss Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) filed by Keystone Nano, Inc. (Doc. 26) is **GRANTED**.

3. Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**. Plaintiff is granted leave to amend the Complaint within fourteen (14) days of the date of this Order, should he choose to do so.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge