IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES FRASER, | No. 4:22-CV-00726 |
| Plaintiff, | (Chief Judge Brann) |
| v. | |
| THE PENNSYLVANIA STATE UNIVERSITY, a Pennsylvania education institution; DR. ROBERT PAULSON, an individual, in his official and individual capacities; DR. MELISSA ROLLS, an individual, in her official and individual capacities; DR. ANDREW READ, an individual, in his official and individual capacities; and KEYSTONE NANO, INC. a Pennsylvania business corporation, | |
| Defendants. | |

**ORDER**

**JULY 7, 2023**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. The Defendants' motions to dismiss (Doc. 34; Doc. 35) are **GRANTED**;

2. Plaintiff James Fraser's Amended Complaint (Doc. 33) is **DISMISSED WITH PREJUDICE**; and

3. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge